UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**BOBBIE BRITTON**                                            **CASE NO. 3:22-CV-03694**

**VERSUS**                                                                **JUDGE JAMES D. CAIN, JR.**

**FOREMOST INSURANCE CO GRAND RAPIDS MICHIGAN**            **MAGISTRATE JUDGE LEBLANC**

## MEMORANDUM ORDER

Before the Court is "Plaintiff's Motion to Set Attorneys' Fees and Costs and Expenses" (Doc. 28) filed by counsel for Plaintiff, Bobbie Britton. Plaintiff indicates that a full settlement has been reached in this matter and requests that the Court issue an order determining the attorneys' fees, costs, and expenses.[1]

On August 25, 2022, MMA filed the instant lawsuit on behalf of Plaintiff to recover alleged unpaid damages caused by Hurricanes Laura and Delta. On March 4, 2023, this Court suspended MMA and its attorneys from practicing in the Western District of Louisiana. On April 4, 2023, Plaintiff retained the Laborde Earles Law Firm to provide legal services for her claims against Defendant.

On August 22, 2023, this Court issued an order providing that "MMA and related parties have no property interest/ownership in the proceeds of any cases pending in this Court."[2] Counsel for Plaintiff asserts that it believes that MMA intends to submit a claim for attorneys' fees, costs, and expenses in this matter as follows:

---

[1] Counsel informs the Court that it served a copy of the Notice of Motion Setting on MMA.
[2] See Misc. Civil Action No. 3:23-0062, Doc. 37.

- Disaster Solutions:     Unknown
- LAWD filing fee:        $ 402.00
- Service expense:        $ 50.00
- Court Registry expense: $ 50.00

Counsel for Plaintiff represents that it has no information as to whether MMA paid a Disaster Solutions invoice, nor does it have any further information concerning the invoice, other than Disaster Solutions has agreed to reduce its invoice to $500.00. Considering that Plaintiff used the estimate prepared by Disaster Solutions to prosecute the case, Plaintiff does not object to the reduced invoice amount, but would prefer that it not be paid to MMA. Additionally, Plaintiff does not object to the $402.00 filing fee and $50.00 service expense incurred by MMA but does object to the $50.00 expense associated with the Court's review of MMA's stayed cases after MMA was suspended from practicing in the district. After considering all,

**IT IS ORDERED** that the Motion to Set Attorney Fees and Costs is **GRANTED.**

**IT IS FURTHER ORDERED** that the settlement check in this matter not include the law firm of McClenny, Moseley & Associates, LLC ("MMA") as payee.

**IT IS FURTHER ORDERED** that attorney fees are assessed as 33 1/3% to the Laborde Earles Law Firm and 0% to MMA.

**IT IS FURTHER ORDERED** that the filing fee of $402.00 and $50.00 service fee is assessed to MMA; the $500.00 Disaster Solutions invoice is assessed to the Laborde Earles Law Firm to be paid to Disaster Solutions.

**IT IS FURTHER ORDERED** that a Voluntary Motion to Dismiss be filed in this matter.

**THUS DONE AND SIGNED** in Chambers this 21st day of February, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE